■ MELISSA J. HOWELL et al., Respondents, v ANTHONY CECILIA, Appellant. (Appeal No. 2.) [844 NYS2d 733]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, A.J.), entered April 24, 2006. The order denied defendant's motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith, Peradotto and Green, JJ.